UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Teresa L. Baldwin,

    Plaintiff,

    v.                                   Case No. 2:12–cv–298

Commissioner of Social Security,       Judge Michael H. Watson

    Defendant.

### ORDER

Plaintiff moves for attorneys' fees and expenses under the Equal Access to Justice Act in this social security case. Mot. Atty. Fees, ECF No. 25. Magistrate Judge Deavers has issued a Report and Recommendation ("R&R") recommending the Court grant Plaintiff's motion and award fees in the total amount of $6,000.78. R&R 6, ECF No. 26.

The R&R advised the parties of their right to object within fourteen days and that failure to do so would amount to waiver of the right to de novo review by the undersigned and of the right to appeal a decision adopting the R&R. *Id*. The deadline for filing objections has passed, and none have been received. Accordingly, the Court **ADOPTS** the R&R and awards attorneys' fees and costs in the amount of $6,000.78. The award shall be paid directly to Plaintiff.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**